1  JULIE A. DUNNE (Bar No. CA-160544)
   julie.dunne@us.dlapiper.com
2  MATTHEW RILEY (Bar No. CA-257643)
   matthew.riley@us.dlapiper.com
3  ALBERTO CORONA (Bar No. CA-339906)
   alberto.corona@us.dlapiper.com
4  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
5  San Diego, CA 92101
   Tel:    619.699.2700
6  Fax:    619.699.2701

7  Attorneys for Defendant
   TARGET CORPORATION
8
   Norman B. Blumenthal (Bar No. CA-068687)
9  Kyle R. Nordrehaug (Bar No. CA-205975)
   Aparajit Bhowmik (Bar No. CA-248066)
10 Piya Mukherjee (Bar No. CA-274217)
   Victoria Rivapalacio (Bar No. CA-275115)
11 Charlotte James (Bar No. CA-308441)
   **BLUMENTHAL NORDREHAUG BHOWMIK**
12 **DE BLOUW LLP**
   2255 Calle Clara
13 La Jolla, CA 92037
   Tel:    858.367.9913
14 Fax:    858.551.1232
   Website:  www.bamlawca.com
15
   Attorneys for Plaintiff
16 ALICIA TORRES

17                     **UNITED STATES DISTRICT COURT**

18                      **EASTERN DISTRICT OF CALIFORNIA**

19

20  ALICIA TORRES, an individual, on behalf of    Case No. 2:22-cv-01017-KJN
    herself and on behalf of all persons similarly
21  situated,                                      **STIPULATION TO CONTINUE**
                                                   **DEADLINE FOR SUBMITTING**
22                                                 **JOINT STATUS REPORTS**
                    Plaintiff,
23                                                 Complaint Filed:  March 17, 2022
          v.
24
    TARGET CORPORATION, a Corporation; and
25  DOES 1 through 50, inclusive,

26
                    Defendants.
27

28

Plaintiff Alicia Torres ("Torres") and Defendant Target Corporation ("Target") (collectively, "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Target removed this case to the Eastern District of California on June 10, 2022;

WHEREAS, the case was originally assigned for all purposes to Magistrate Judge Kendall Newman;

WHEREAS, Magistrate Judge Kendall Newman issued an Initial Scheduling Order on June 13, 2022, requiring the Parties to file a Joint Status Report within 30 days after the filing of the answer in the case;

WHEREAS, this case was thereafter reassigned from Magistrate Judge Newman to District Court Judge Troy L. Nunley on June 29, 2022;

WHEREAS, District Judge Nunley issued an Initial Pretrial Scheduling Order on June 29, 2022, requiring the Parties to file a joint statement "within 30 days of service on all defendants;"

WHEREAS, Torres intends to file a motion to remand this case to state court; and

WHEREAS, Target intends to file a motion for judgment on the pleadings, or in the alternative, to transfer venue of this case to the Central District of California; and

WHEREAS, the parties have not requested any prior extensions of deadlines in this case;

THEREFORE, the Parties jointly request and stipulate, subject to the Court's approval, that the Court continue the deadlines for filing a joint report pursuant to both Magistrate Judge Newman's Initial Scheduling Order and District Judge Nunley's Initial Pre-Trial Scheduling Order

/////
/////
/////
/////
/////
/////
/////
/////

until 30 days after the Court rules on the parties' forthcoming motions, and only if this case remains in the Eastern District of California.

**IT IS SO STIPULATED.**

Dated:  July 1, 2022                                              **DLA PIPER LLP (US)**

                                                  By:  */s/ Julie Dunne*
                                                       JULIE DUNNE

                                                       Attorneys for Defendant
                                                       TARGET CORPORATION

Dated:  July 1, 2022                                              **BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**

                                                  By:  */s/ Charlotte James* (as authorized on July 1, 2022)
                                                       CHARLOTTE JAMES

                                                       Attorneys for Plaintiff
                                                       ALICIA TORRES

## ORDER

Having considered the parties' Stipulation, the Court hereby continues the parties' deadline to file a Joint Status Report until 30 days after the Court rules on Plaintiff's motion to remand and Defendant's motion for judgment on the pleadings, or in the alternative, to transfer venue to the Central District of California, and only if this case remains pending in this Court after those rulings.

**IT IS SO ORDERED.**

Dated: July 5, 2022

                                                       Troy L. Nunley
                                                       United States District Judge