1  JULIE A. DUNNE (Bar No. CA-160544)
   julie.dunne@us.dlapiper.com
2  MATTHEW RILEY (Bar No. CA-257643)
   matthew.riley@us.dlapiper.com
3  ALBERTO CORONA (Bar No. CA-339906)
   alberto.corona@us.dlapiper.com
4  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
5  San Diego, CA 92101
   Tel:    619.699.2700
6  Fax:    619.699.2701

7  Attorneys for Defendant
   TARGET CORPORATION
8
   Norman B. Blumenthal (Bar No. CA-068687)
9  Kyle R. Nordrehaug (Bar No. CA-205975)
   Aparajit Bhowmik (Bar No. CA-248066)
10 Piya Mukherjee (Bar No. CA-274217)
   Victoria Rivapalacio (Bar No. CA-275115)
11 Charlotte James (Bar No. CA-308441)
   **BLUMENTHAL NORDREHAUG BHOWMIK**
12 **DE BLOUW LLP**
   2255 Calle Clara
13 La Jolla, CA 92037
   Tel:    858.367.9913
14 Fax:    858.551.1232
   Website: www.bamlawca.com
15
   Attorneys for Plaintiff
16 ALICIA TORRES

17                **UNITED STATES DISTRICT COURT**

18                **EASTERN DISTRICT OF CALIFORNIA**

19

| 20 | ALICIA TORRES, an individual, on behalf of herself and on behalf of all persons similarly situated, | Case No. 2:22-cv-01017-TLN-KJN |
|---|---|---|
| 21 | | **STIPULATION TO: (1) WITHDRAW PLAINTIFF'S MOTION TO REMAND; AND (2) TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |
| 22 | Plaintiff, | |
| 23 | | |
| 24 | v. | Complaint Filed: March 17, 2022 |
| 25 | TARGET CORPORATION, a Corporation; and DOES 1 through 50, inclusive, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

Plaintiff Alicia Torres ("Plaintiff") and Defendant Target Corporation ("Target") (collectively, "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows, subject to the Court's approval:

WHEREAS, Target removed this case to the Eastern District of California on June 10, 2022;

WHEREAS, on July 8, 2022, Plaintiff filed a motion to remand the case to the Sacramento County Superior Court (ECF No. 21);

WHEREAS, on July 8, 2022, Target filed a motion for judgment on the pleadings or, in the alternative, to transfer venue to the Central District of California pursuant to 28 U.S.C. § 1404(a) (ECF No. 22);

WHEREAS, pursuant to Local Rule 230(c), the Parties' respective oppositions are due July 22, 2022;

WHEREAS, the Parties' respective motions are set for hearing on August 25, 2022;

WHEREAS, Plaintiff agrees to withdraw her motion to remand;

WHEREAS, Target agrees to withdraw its motion for judgment on the pleadings;

WHEREAS, the Parties agree that neither Party needs to file an opposition to the other's respective motion by July 22, 2022, and the Parties shall only need to file an opposition if the Court declines to approve this Stipulation, in which case each Party must file an opposition to the other's motion, if any, within seven days of the date the Court declines to approve this Stipulation.

WHEREAS, the Parties further agree that (a) Target's motion to transfer venue pursuant to 28 U.S.C. § 1404(a) should be granted "[f]or the convenience of parties and witnesses, in the interest of justice," and (b) the Court should transfer venue of this action to the Central District of California where an earlier-filed class action lawsuit against Target is pending (*Medina v. Target Corporation*, C.D. Cal. Case No. 5:22-cv-00805-JGB (SHKx)).

THEREFORE, the Parties jointly request and stipulate, subject to the Court's approval, that:

1. Plaintiff's motion to remand the action to state court be withdrawn;
2. Target's motion for judgment on the pleadings be withdrawn;
3. Target's motion to transfer venue to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) be granted;

4. The August 25, 2022, hearing on the Parties' respective motions be vacated; and

5. The above-captioned case be transferred to the United States District Court for the Central District of California.

**IT IS SO STIPULATED.**

Dated: July 20, 2022　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Matthew Riley*
　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW RILEY

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　TARGET CORPORATION

Dated: July 20, 2022　　　　　　　　　　　　**BLUMENTHAL NORDREHAUG**
　　　　　　　　　　　　　　　　　　　　　**BHOWMIK DE BLOUW LLP**

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Piya Mukherjee* (as authorized on July 20, 2022)
　　　　　　　　　　　　　　　　　　　　　　　　PIYA MUKHERJEE

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　ALICIA TORRES

**ORDER**

Having considered the parties' Stipulation, and for good cause appearing, IT IS HEREBY ORDERED that the Stipulation is GRANTED. Accordingly:

6. Plaintiff's motion to remand the action to state court is withdrawn;

7. Target's motion for judgment on the pleadings is withdrawn;

8. Target's motion to transfer venue to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a) is GRANTED;

9. The August 25, 2022, hearing on the Parties' respective motions is VACATED.

Based on the foregoing, the above-captioned case shall be transferred to the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated: July 21, 2022

Troy L. Nunley
United States District Judge